**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-2265**

_____

VICTOR A. HUNTLEY-EL,

Plaintiff - Appellant,

v.

BROADWAY SERVICES,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. J. Mark Coulson, Magistrate Judge.  (1:24-cv-01956-JMC)

_____

Submitted:  April 24, 2025                                    Decided:  April 28, 2025

_____

Before RICHARDSON and BENJAMIN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Victor A. Huntley-El, Appellant Pro Se.  Megan Elizabeth Lensink, WHITEFORD, TAYLOR & PRESTON LLP, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Victor A. Huntley-El appeals the magistrate judge's* order granting Defendant's motion to dismiss Huntley-El's discrimination and retaliation claims, brought pursuant to the American with Disabilities Act, 42 U.S.C. §§ 12101 to 12213. We have reviewed the record and find no reversible error. Accordingly, we affirm the magistrate judge's order. *Huntley-El v. Broadway Servs.*, No. 1:24-cv-01956-JMC (D. Md. Dec. 2, 2024). We deny Huntley-El's motion to expedite decision as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

* The parties consented to proceed before a magistrate judge in accordance with 28 U.S.C. § 636(c).

2